1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 BOBBY GRAVES                )
                               )   Civil Action No. 1:05-CV-0093 AWI LJO
11                             )
         Plaintiff,            )   STIPULATION AND ORDER
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
         Defendant.            )
16 _____)

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until September 25, 2005, in which to file

20 and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed,

21 January 24, 2005, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated:  August 26, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: August 26, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan |
| | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   August 31, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE